UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JAVIER MONGE,

Plaintiff,

-v-

INWOOD BEER GARDEN & BISTRO INC.,

Defendant.

---------------------------------------------------------------------X

26-CV-4744 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 3, 2026 Order, ECF No. 11, Plaintiff was required to file a motion for default judgment, the contents of which are described therein, no later than two weeks from the date of that Order. To date, Plaintiff has not filed a motion for default judgment. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 27, 2026**. Failure to file a motion for default judgment by that deadline will result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge